IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:17cr131-MHT |
| ROBERT JOHN KELLY | ) | (WO) |

## ORDER

This case came up for sentencing on July 27, 2018. After finding defendant Robert John Kelly competent to proceed, which will be explained in a forthcoming opinion, the court resolved that he should be sentenced to time served, which here is approximately eight months. In addition, the court determined that, upon his release, he should be subject to the following conditions: he shall not use any illegal drugs; he shall not consume alcohol, and shall be subject to monitoring to determine whether he has reverted to alcohol use; and he shall receive outpatient substance abuse and mental-health treatment. The court also believes he should receive inpatient drug, alcohol, and mental-health treatment (with the possibility of

receiving MAT therapy if appropriate), but was not able to resolve (1) what inpatient facilities that provide such treatment are appropriate and available for Kelly and (2) how to transfer him <u>immediately</u> from federal custody to inpatient treatment to ensure that there is no possibility that Kelly relapses before placement in an inpatient facility.

\*\*\*

It is, therefore, ORDERED that:

(1) Sentencing for defendant Robert John Kelly is continued to August 3, 2018, at 10:00 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

(2) The two-part inpatient treatment issue (described above) is referred to United States Magistrate Judge Susan Russ Walker for recommendation after conferring with probation and counsel for the parties and after considering available resources.

DONE, this the 27th day of July, 2018.

                                            /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**