IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:17cr131-MHT |
| ROBERT JOHN KELLY | ) | (WO) |

SUPPLEMENTAL MENTAL-HEALTH ORDER

Because defendant Robert John Kelly suffers from a "lengthy history of severe substance abuse and serious mental illness," *United States v. Kelly*, No. 17cr131-MHT, 2017 WL 5483169 at *1 (M.D. Ala. Nov. 15, 2017), it is ORDERED that, upon completion of defendant Robert John Kelly's "inpatient and outpatient treatment" at a mental-health facility, as required in this court's order of August 3, 2018 (doc. no. 519), the United States Probation Department is to arrange for him to continue to receive mental-health counseling at least twice a month until further order of the court. The

court inadvertently omitted this requirement in earlier orders.

DONE, this the 6th day of August, 2018.

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**